**No. 42823.**—Protest 255011–G of R. H. Macy & Co. Inc. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of artificial flowers similar to those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473). The claim at 60 percent under paragraph 1419 was therefore sustained.

**No. 42824.**—Protest 416502–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was established by the record that certain items consist of Alençon laces similar to those involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067). As to these the claim at 75 percent under paragraph 1430 was sustained.

**No. 42825.**—Protest 969164- G of Marks Bros. Co. (Boston).

Opinion by DALLINGER, J. On the agreed facts it was held that the articles in question are dutiable at ¾ of 1 cent per pound or 3 percent ad valorem under section 601(c)(7).

**No. 42826.**—Protests 937693–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 39029 the thumbtacks in question were held dutiable at nine-tenths of 1 cent per pound under paragraph 331 as claimed.

**No. 42827.**—Protest 912978–G/87158 of Chicago Apparatus Co. (Chicago).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of aneroid barometers or parts of the same kind as those the subject of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 42828.**—Protests 971468–G, etc., of Irving W. Rice Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) the mounted perfume bottles in question were held dutiable as hollow ware at 40 percent under paragraph 339 as claimed.